O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HARRIS, ) | Case No. CV 09-04532 DDP (SSx) |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE WHY THIS** |
| ) | **ACTION SHOULD NOT BE DISMISSED** |
| v. ) | **FOR LACK OF SUBJECT MATTER** |
| ) | **JURISDICTION** |
| LOWE'S HIW, INC.; DE LONGHI ) | |
| AMERICA INC., ) | [Complaint filed on June 24, |
| ) | 2009] |
| Defendants. ) | |
| _____ ) | |

The Court orders the parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff filed this action in federal court against Defendants for strict product liability, failure to warn, breach of express warranty, breach of implied warranty of merchantability, breach of implied warranty of fitness for a particular purpose, and general negligence. Plaintiff alleges that Defendant DeLonghi manufactured and Defendant Lowe's sold a space heater that caught on fire in Plaintiff's residence in the middle of the night when Plaintiff was asleep.

A federal court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of

1  $75,000, exclusive of interest and costs, and is between diverse
2  parties. 28 U.S.C. § 1332. While the Court is convinced that the
3  parties are diverse, it is not clear that the amount in controversy
4  exceeds the jurisdictional amount.  Plaintiff has alleged physical
5  injuries, psychological injuries, and property damages, but has not
6  described how he was injured or what was damaged.  Plaintiff also
7  has not shown how he has calculated his damages to exceed $75,000.
8      Accordingly, the Court orders the parties to file cross-
9  briefs, not to exceed ten pages, by Monday, August 3, 2009, to show
10 cause why this action should not be dismissed for failure to
11 satisfy federal question jurisdiction.  The parties should also
12 deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312
13 N. Spring Street, Los Angeles.  The Court notes that the Plaintiff
14 has the burden of establishing subject matter jurisdiction.  If a
15 party does not file a brief, the court will regard that party as
16 not opposing dismissal of this action.  A hearing is scheduled on
17 this matter for Monday, August 10, 2009 at 10:00 a.m.
18 IT IS SO ORDERED.

21 Dated: July 20, 2009

                                    DEAN D. PREGERSON
                                    United States District Judge